UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: ORDER OF REFERENCE
: TO A MAGISTRATE JUDGE
Plaintiff,  JAYNE TUCHMAN as power of attorney et al. :
: 19 CIV 9209  ( LAK )( DF )
-v-  :
:
: USDC SDNY
: DOCUMENT
Defendant.  UBS FINANCIAL SERVICES, INC. : ELECTRONICALLY FILED
: DOC #:
: DATE FILED: 10-15-19
-----------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions:  __X__

*Do not check if already referred for general pretrial.

Dated  10/15/2019

SO ORDERED:

_____
United States District Judge