UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JAYNE TUCHMAN,

                        Petitioner,

    -against-                                              19-cv-9209 (LAK)

UBS FINANCIAL SERVICES INC.,

                        Defendant(s).
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The petition to compel arbitration is denied, substantially for the reasons set forth in the report and recommendation of Magistrate Judge Debra Freeman to which no objection has been filed. The Clerk shall close the case.

       SO ORDERED.

Dated:      November 29, 2020

                                                         Lewis A. Kaplan
                                           United States District Judge